In the Matter of the Judicial Settlement of the Account of Proceedings of PAUL SIEGELACK, as Executor, etc., of SOPHIE SIEGELACK, Deceased. PAUL SIEGELACK, as Executor, etc., of SOPHIE SIEGELACK, Deceased, Appellant; HENRY WIGAND and WALTER A. WIGAND, Respondents.— Order of the Surrogate's Court of Queens County, denying the appellant's motion to be relieved from a stipulation entered into in open court as to the *quantum* of proof, to vacate and set aside the decree entered thereon and to restore the matter to the trial calendar of the Surrogate's Court for a hearing and disposition on the merits, reversed on the law and the facts, without costs, and the motion granted, without costs. The refusal to relieve the appellant from the stipulation made under the circumstances of this case was an improper exercise of the court's discretion. (*Van Nuys* v. *Titsworth*, 57 Hun, 5; *Goldstein* v. *Goldsmith*, 243 App. Div. 268; *Donovan* v. *Twist*, 119 id. 734.) Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Judicial Settlement of the Account of Proceedings of PAUL SIEGELACK, as Executor, etc., of SOPHIE SIEGELACK, Deceased. PAUL SIEGELACK, as Executor, etc., of SOPHIE SIEGELACK, Deceased, Appellant; HENRY WIGAND and WALTER A. WIGAND, Respondents.— Decree of the Surrogate's Court, Queens County, reversed on the law and the facts, without costs, and matter remitted to the Surrogate's Court to be heard *de novo*. (See *Matter of Siegelack, ante*, p. 1059, decided herewith.) Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.